OFFICE OF DISCIPLINARY COUNSEL *v.* LUNSFORD.

[Cite as Disciplinary Counsel *v.* Lunsford (1986), 25 Ohio St. 3d 127.]

(D.D. No. 85-30—Decided July 23, 1986.)

*Angelo J. Gagliardo,* disciplinary counsel, and *Carl J. Corletzi,* for relator.

*Per Curiam.* Upon review of the record, the court finds that respondent has violated DR 6-101(A)(3), neglecting a legal matter entrusted to him; DR 7-101(A)(2) and (3), failing to carry out a contract of employment to provide professional services and prejudicing a client during the course of a professional relationship; DR 1-102(A)(6), engaging in conduct that adversely reflects on his fitness to practice law; and Gov. Bar R. V(4), neglecting or refusing to assist in an investigation undertaken by the Disciplinary Counsel.

As we stated in *Disciplinary Counsel* v. *Kornowski* (1986), 24 Ohio St. 3d 50, 53, "* * * respondent's cavalier attitude in failing to appear at any stage of this disciplinary proceeding should not be countenanced, and * * * his [misconduct] * * * in the representation of his clients * * * must be accorded appropriate punishment."

The court adopts the recommendation of the board, and the respondent is hereby indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.